EUGENE KIM-ASSIGNEE OF RECORD
453 S SPRING ST STE 400
LOS ANGELES CA 90013
Phone #: 213-800-4989

APPEARING IN PRO SE

FILED
MAY 30 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

SPECTRUM LINK, INC.,

Debtor. vs.

HOWARD M. EHRENBERG, Chapter 7 Trustee,

Plaintiff,

vs.

IMPERIAL ENTERTAINMENT GROUP, LLC, a California limited liability company,

Defendant.

Case No. 2:21-bk-16403-VZ

Chapter 7

Adversary No.: 2:23-ap-01352-VZ

**NOTICE OF AND ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT.**

COMES NOW, Plaintiff HOWARD M. EHRENBERG, Chapter 7 Trustee., in the above captioned matter, and moves the Court to hereby accept this Notice of and Assignment of Judgment. In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 11/22/2023.

2) THAT Judgment was entered in favor of Plaintiff and against Defendant.

Imperial Entertainment Group, LLC.

3) THAT the Court awarded a judgment in the total amount of $62,500.00.

4) THAT there have been no renewals since the entry of said judgment by this Court and that Plaintiff has received $00.00 of judgment from Defendant.

5) THAT, HOWARD M. EHRENBERG, Chapter 7 Trustee is the judgment creditor of record.

6) THAT the last address of record for the judgment debtor is 5119 Maplewood Ave #313. Los Angeles, CA 90004.

7) THAT I/we hereby authorize, without limitation, the transfer and assignment of all title, rights, interests and authority, and all other rights in law and/or equity be it past present or future, in said judgment to the following person:

<u>EUGENE KIM</u>

<u>453 S SPRING ST STE 400</u>

<u>LOS ANGELES CA 90013</u>

8) THAT I/we relinquish all claim of right/s in the above captioned matter to Assignee as a full and final assignment, and pray the Clerk of the Court file this Notice of and Acknowledgement of Assignment in the above captioned case forthwith, so naming <u>EUGENE KIM</u> as Assignee of Record.

Signed this 28th day of May, 2024 at Los Angeles.

Signature: ______________________

HOWARD M. EHRENBERG, Chapter 7 Trustee.

ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT -3-